# United States District Court

**SOUTHERN**     **DISTRICT OF**     **TEXAS**

**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.
Jovita Jasmine GUTIERREZ-Davila

AKA: Jovita RODRIGUEZ-Davila
IAE     YOB: 1985
Mexico

(Name and Address of Defendant)

United States District Court
Southern District Of Texas
**FILED**
MAY 24 2019
David J. Bradley, Clerk

**CRIMINAL COMPLAINT**

Case Number: M-19-1190-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 15, 2019** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did,

*(Track Statutory Language of Offense)*

being then and there an alien who previously has been deported from the United States to Mexico in pursuance of law, and thereafter was found near Edinburg, Texas within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**
I further state that I am a(n) **Deportation Officer** and that this complaint is based on the following facts:

On May 15, 2019, Jovita Jasmine GUTIERREZ-Davila a citizen of Mexico was encountered by Immigration Officers at the Hidalgo County Jail in Edinburg, Texas. An Immigration Detainer was placed upon the defendant and was subsequently remanded into the custody of Immigration and Customs Enforcement on May 23, 2019. Record checks revealed the defendant was formally removed from the United States to Mexico for the first (1st) time on December 21, 2012 via the Laredo, Texas Port of Entry. The defendant was instructed not to return without permission from the Attorney General or the Secretary of Homeland Security of the United States. The defendant claims to have illegally re-entered the United States on or about December 30, 2014 by wading the Rio Grande River at or near Roma, Texas. On October 2, 2012, the defendant was convicted of possession of marijuana <=2,000lbs>50lbs and sentenced to one (1) year probation.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Complaint approved by AUSA A. Hennins
5/29/19

Sworn to before me and subscribed in my presence,

**Signature of Complainant**

**Armando Perez**     **Deportation Officer**
Printed Name and Title of Complainant

**May 24, 2019**
Date

at **McAllen, Texas**
City and State

**J. Scott Hacker**     **U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer